IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CI OAKHURST, a California Limited Liability Company, | ) ) ) | 8:13CV340 |
| Plaintiff, | ) ) | |
| | ) | ORDER |
| v. | ) ) | |
| COMMERCIAL STATE BANK OF WAUSA, a Nebraska banking corporation, | ) ) ) | |
| Defendant. | ) ) | |

     IT IS ORDERED that Plaintiff's motion for extension of time (filing 14) is granted, as follows:

1.     Plaintiff shall have until February 21, 2014, to respond to Defendant's motion to dismiss (filing 11); and

2.     Defendant shall have until March 7, 2014, to reply.

DATED this 6th day of February, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge

-1-