IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CI OAKHURST, a California Limited Liability Company; <br><br> Plaintiff, <br><br> vs. <br><br> COMMERCIAL STATE BANK OF WAUSA, a Nebraska banking corporation; <br><br> Defendant. | 8:13CV340 <br><br> ORDER |

IT IS ORDERED that the parties joint motion, (Filing No. 45), is granted and the progression schedule is amended as follows:

1) The deadline for filing motions to dismiss or for summary judgment is October 20, 2014.

2) All other unexpired deadlines within the court's final progression order, (Filing No. 30), are continued pending resolution of the parties' anticipated dispositive motions.

3) If this case is not fully resolved by summary judgment, within ten (10) days after the court's summary judgment ruling, the parties shall contact the undersigned magistrate judge's chambers to set a hearing for re-scheduling the progression of this case to trial.

October 1, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge